Case 11-2215, Document 67, 09/01/2011, 380970, Page1 of 6

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 11-2215

**Caption [use short title]**

**Motion for:** Leave to File Supplemental Appendix

**Set forth below precise, complete statement of relief sought:**

Leave to file a supplemental appendix containing the stenographic minutes of an administrative proceeding of which this Court may choose to take judicial notice.

C.
v.
New York State and Local Retirement

**MOVING PARTY:** Mary Jo C.
- [✓] Plaintiff  [ ] Defendant
- [✓] Appellant/Petitioner  [ ] Appellee/Respondent

**OPPOSING PARTY:** N.Y. State and Local Retirment System

**MOVING ATTORNEY:** William Brooks
**OPPOSING ATTORNEY:** Eric Schneiderman
[name of attorney, with firm, address, phone number and e-mail]

Mental Disability Law Clinic, Touro Law Center
225 Eastview Drive
Central Islip, NY 11722
(631) 761-7086; Williamb@tourolaw.edu

New York State Department of Law
120 Broadway
New York, NY 10271
(212) 416-6279; cecelia.chang@ag.ny.gov

**Court-Judge/Agency appealed from:** Eastern District of New York (Feuerstein, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):_____

Opposing counsel's position on motion:
[ ] Unopposed  [✓] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

Is oral argument on motion requested?  [ ] Yes  [✓] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✓] No  If yes, enter date:_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this Court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency:_____

**Signature of Moving Attorney:**
_[signature]_ **Date:** 9/1/11

Has service been effected?  [✓] Yes  [ ] No [Attach proof of service]

---

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED  DENIED.**

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____   By: _____

**Form T-1080**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 11-2215

**Caption [use short title]**

**Motion for:** Leave to File Supplemental Appendix

**Set forth below precise, complete statement of relief sought:**

Leave to file a supplemental appendix containing the stenographic minutes of an administrative proceeding of which this Court may choose to take judicial notice.

C.
v.
New York State and Local Retirement

**MOVING PARTY:** Mary Jo C.
- [✓] Plaintiff
- [ ] Defendant
- [✓] Appellant/Petitioner
- [ ] Appellee/Respondent

**OPPOSING PARTY:** Central Islip Public Library

**MOVING ATTORNEY:** William Brooks
**OPPOSING ATTORNEY:** Harris Zakarin
[name of attorney, with firm, address, phone number and e-mail]

Mental Disability Law Clinic, Touro Law Center
225 Eastview Drive
Central Islip, NY 11722
(631) 761-7086; Williamb@tourolaw.edu

Rivkin Radler LLP
926RXR Plaza
Uniondale, NY 11556
(516) 357-3000; harris.zakarin@rivkin.com

**Court-Judge/Agency appealed from:** Eastern District of New York (Feuerstein, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes [ ] No (explain):_____

Opposing counsel's position on motion:
[ ] Unopposed [✓] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✓] Don't Know

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No If yes, enter date:_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency:_____

**Signature of Moving Attorney:**
_/s/_ **Date:** 9/1/11
Has service been effected? [✓] Yes [ ] No [Attach proof of service]

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED   DENIED**.

**FOR THE COURT:**
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____   By: _____

**Form T-1080**

```
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
--------------------------------x
MARY JO C.

        Plaintiff-Appellant,
                                        DECLARATION
    -against-
                                        Docket No. 11-2215
NEW YORK STATE AND LOCAL
RETIREMENT SYSTEM,
CENTRAL ISLIP PUBLIC LIBRARY,

        Defendants-Appellees.
--------------------------------x
```

WILLIAM M. BROOKS, certifies the truth of the following pursuant to 28 U.S.C. § 1746:

1. I am the attorney for plaintiff-appellant Mary Jo C. and submit this declaration in support the appellant's motion for leave to file a supplemental appendix consisting of the minutes of a state administrative proceeding relevant to this lawsuit.

2. This appeal is an action under the Americans with Disabilities Act ("ADA"), in which the appellant seeks, *inter alia*, an accommodation in the form of a waiver of the three-month period for filing disability retirement claims.

3. At the court below appellee New York State and Local Retirement System ("NYSLRS") argued that it was protected by Eleventh Amendment immunity. In resolving this issue, the district court applied *United States v.*

*Georgia,* 546 U.S. 151 (2006), which required the district court to determine, *inter alia,* whether NYSLRS violated the ADA. Docket Entry 33 at 13. This in turn required the court to determine whether the appellant was disabled under the ADA. The court held that the appellant was not disabled. *Id.* at 14.

4. As NYSLRS moved pursuant to Rule 12(b)(1), the appellant was entitled to submit documentation beyond the pleadings relating to the issue of disability. *See LeBlanc v. Cleveland,* 198 F.3d 353, 356 (2d Cir. 1999). However, as neither defendant argued below that the plaintiff failed to allege that she was not disabled, the plaintiff did not make any additional factual submissions.

5. However, on this appeal, this Court may consider matters of which it can take judicial notice. *Allen v. Westpoint-Pepperell, Inc.,* 945 F.2d 40, 44 (2d Cir. 1991). Furthermore, authority exists for this Court taking judicial notice of state administrative procedures. *Mack v. South Bay Beer Distribs.,* 798 F.2d 1279, 1282 (9th Cir. 1986); *Thomas v. Westchester County Care Corp.,* 232 F. Supp. 2d 273, 276 (S.D.N.Y. 2002).

6. Appellant Mary Jo C. was a party to a state administrative proceeding in which she argued that she was entitled to the accommodation to which she has asserted in

2

this lawsuit she is entitled, the waiver of the three-month filing period.

7. Accordingly, the appellant seeks leave to file as a supplemental appendix the minutes of the state administrative proceeding.

8. Leave to file the supplemental appendix will not prejudice the appellees in any way as they remain free, if they choose, to argue that this Court should not consider the material.

9. On the other hand, if this Court chooses to take judicial notice of the administrative hearing, the supplemental appendix simply serves as a mode of convenience for this Court to assess information set forth in the administrative proceeding and to which the appellant referenced in her brief.

WHEREFORE, I respectfully request that this Court grant leave to the appellant to file a supplemental appendix that consists of the minutes of an administrative proceeding of which this Court can, and may choose to, take judicial notice.

Dated: Central Islip, New York
      September 1, 2011

                                          WILLIAM M. BROOKS

3

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
----------------------------------------x
MARY JO C.

      Plaintiff-Appellant,

-against-

NEW YORK STATE AND LOCAL            Docket No. 11-2215
RETIREMENT SYSTEM,
CENTRAL ISLIP PUBLIC LIBRARY,

      Defendants-Appellees.

----------------------------------------x

## CERTIFICATE OF SERVICE

I, William Brooks. Certify the truth of the following pursuant to 28 U.S.C. § 1746:

On September 1, 2011, I served a copy of the motion for leave to file a supplemental appendix on the New York State Department of Law, attorney for NYSLRS, by first class mail, by affixing proper postage and mailing to 120 Broadway, New York, NY 10271, Attn Cecelia Chang. I also served a copy of the motion on Rivkin Radler,LLP, attorney for the Central Islip Public Library by the same method and mailing to 926 RXR Plaza, Uniondale, NY 11566-0926, Attn Harris Zakarin.

Dated:  Central Islip, New York
       September 1, 2011

                                                    WILLIAM M. BROOKS